```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 11809
    GEORGE R WILLIAMS
    BETTY D WILLIAMS                           CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-2277     SSN XXX-XX-1374


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/09/2008 and was not confirmed.

      The case was dismissed without confirmation 08/25/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
BARCLAYS CAPITAL REAL ES  CURRENT MORTG        .00            .00            .00
BARCLAYS CAPITAL REAL ES  MORTGAGE ARRE   28587.54            .00            .00
AMER COLL CO              UNSEC W/INTER  NOT FILED            .00            .00
AMER COLL CO              UNSEC W/INTER  NOT FILED            .00            .00
AMER COLL CO              UNSEC W/INTER  NOT FILED            .00            .00
BALLYS TOTAL FITNESS ~    UNSEC W/INTER  NOT FILED            .00            .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED            .00            .00
CCA                       UNSEC W/INTER  NOT FILED            .00            .00
CHICAGO MUNICIPAL EMPLOY  UNSEC W/INTER     1909.50           .00            .00
CITY OF CHICAGO CREDIT U  UNSEC W/INTER  NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER     6970.00           .00            .00
CCA                       UNSEC W/INTER  NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER     5281.18           .00            .00
CREDITORS ALLIANCE INC    UNSEC W/INTER  NOT FILED            .00            .00
DEVON FINANCIAL SERVICE   UNSEC W/INTER      711.99           .00            .00
DEVON FINANCIAL SERVICE   UNSEC W/INTER  NOT FILED            .00            .00
FIRST PREMIER BANK        UNSEC W/INTER  NOT FILED            .00            .00
HOUSEHOLD MORTGAGE SERVI  UNSEC W/INTER  NOT FILED            .00            .00
HSBC/CARSONS              UNSEC W/INTER  NOT FILED            .00            .00
SACHS EARNEST & ASSOCIAT  UNSEC W/INTER  NOT FILED            .00            .00
MEDICAL COLLECTION SYSTE  UNSEC W/INTER  NOT FILED            .00            .00
MEDICAL COLLECTIONS SYS   UNSEC W/INTER  NOT FILED            .00            .00
NATIONS CREDIT CORP       UNSEC W/INTER  NOT FILED            .00            .00
NGBL CARSONS              UNSEC W/INTER  NOT FILED            .00            .00
NGBL CARSONS              UNSEC W/INTER  NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     4736.78           .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER  NOT FILED            .00            .00
RCS CENTER CORPORATION    UNSEC W/INTER  NOT FILED            .00            .00
RESIDENTIAL CREDIT SLT    UNSEC W/INTER  NOT FILED            .00            .00
SACHS EARNEST & ASSOCIAT  NOTICE ONLY    NOT FILED            .00            .00
SEVENTH AVENUE            UNSEC W/INTER  NOT FILED            .00            .00
WEXLER & WEXLER           NOTICE ONLY    NOT FILED            .00            .00
CITY OF CHICAGO WATER DE  SECURED NOT I      370.27           .00            .00
CITY OF CHICAGO WATER DE  SECURED NOT I         .00           .00            .00
DEUTSCHE BANK NATIONAL    NOTICE ONLY    NOT FILED            .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11809 GEORGE R WILLIAMS & BETTY D WILLIAMS
```

```
RJM ACQUISITION          UNSECURED         63.90            .00             .00
ROBERT J ADAMS & ASSOC   UNSECURED       2306.00            .00             .00
LEGAL HELPERS PC         DEBTOR ATTY    2,500.00                       2,500.00
TOM VAUGHN               TRUSTEE                                         217.40
DEBTOR REFUND            REFUND                                          717.60

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 3,435.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              2,500.00
TRUSTEE COMPENSATION                          217.40
DEBTOR REFUND                                 717.60
                       ---------------    ---------------
TOTALS                  3,435.00             3,435.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 11/19/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```